UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAMAL F. MUHAMMAD,<br><br>                    Plaintiff,<br><br>          -against-<br><br>U.S. GOVERNMENT,<br><br>                    Defendant. | 22-CV-2089 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued March 25, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed for failure to state a claim on which relief may be granted and as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i), (ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 25, 2022
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge